UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | '08 MJ 1156 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Rodolfo MEJIA-Resendiz,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **April 14, 2008** within the Southern District of California, defendant, **Rodolfo MEJIA-Resendiz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th DAY OF **APRIL, 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Rodolfo MEJIA-Resendiz

## PROBABLE CAUSE STATEMENT

On Monday, April 14, 2008, at approximately 2:00 a.m., Border Patrol Agent T. Gadea was conducting line watch operations in the area of Potrero, California. At approximately 2:15 a.m., Agent Gadea was alerted, via Agency radio, that a seismic sensor device was activated. This area is approximately five miles east of the Tecate, California Port of Entry and approximately one half mile north of the United States / Mexico International Border.

Agent Gadea responded to the activation and found several sets of footprints. He followed the foot prints north for approximately 400 yards until he encountered a group of 16 individuals. Agent Gadea identified himself as a United States Border Patrol Agent and questioned the individuals regarding their citizenship and nationality. All sixteen, including one later identified as the defendant **MEJIA-Resendiz, Rodolfo**, freely admitted that they were citizens and nationals of Mexico without any immigration documents allowing them to enter or remain in the United States legally. All sixteen were arrested and transported to the Tecate Border Patrol Processing Center.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 1, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and was willing to speak without a lawyer present. The defendant also stated that he is a citizen and national of Mexico illegally present in the United States without proper immigration documents allowing him to enter or remain in the United States legally.